# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP WHITLEDGE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-0145-F |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration which denied plaintiff's application for disability insurance benefits under 42 U.S.C. §§416(i) and 423 of the Act.

Magistrate Judge Shon T. Erwin issued findings and recommendations in his report of March 27, 2006, recommending that the Commissioner's decision be reversed and remanded for further administrative proceedings. In his report, the magistrate judge advised the parties of their right to object to the findings and recommendations contained in the report within twenty days of the date of the report. The report also advised the parties that failure to make timely objection waives the parties' right to appeal from a judgment of the district court based upon the findings and recommendations contained in the report.

Neither party has filed an objection to the report, and neither party has requested an extension of time within which to file any objection to the report. With no objection being filed, and having reviewed the report, the record, and the relevant

arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the magistrate judge as stated in his report. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the report of the magistrate judge.

Dated this 19th day of April, 2006.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0145p002(pub).wpd